1056

THE STATE OF WASHINGTON, *Respondent,* v. ARNOLD
SCOTT HUGGINS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–1–00994–5, John J. Lally, J., entered January 30, 1984. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

THE STATE OF WASHINGTON, *Respondent,* v. STELLA
L. FORD, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–1–00185–0, Fred R. Staples, J., entered January 21, 1983. *Reversed* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

*In the Matter of the Marriage of* NANCY ANN POTTS,
*Respondent, and* MICHAEL POTTS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 303440, William L. Brown, Jr., J., entered September 10, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.